# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| APRIL NANCE,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, CISCO SYSTEMS, INC.,<br><br>   Defendants. | Case No: 0:22-cv-3096<br><br>Hon. Wilhelmina M. Wright |

### JOINT MOTION TO EXTEND CISCO SYSTEMS, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff April Nance ("Plaintiff") and Defendant Cisco Systems, Inc. ("Cisco") jointly move the Court for an order extending Cisco's deadline to respond to Plaintiff's First Amended Complaint (Dkt. 10; "FAC") as follows:

1. Plaintiff filed her FAC on February 1, 2023 (Dkt. 10).

2. Cisco agreed to waive service of process and, pursuant to Federal Rule 12(a)(1)(A)(ii), Cisco's deadline to respond to Plaintiff's FAC is April 3, 2023 (Dkt. 12).

3. Plaintiff and Cisco agree that good cause exists to extend Cisco's deadline to respond to Plaintiff's FAC by thirty (30) days to May 3, 2023.

4. This new deadline for Cisco to respond to Plaintiff's FAC does not affect any dates set by the Court.

DATED:  March 22, 2023                                Respectfully submitted,

                                                      By: /s/ *Dylan D. Rudolph*

                                                      Clarissa A. Kang (CA SBN 210660)
                                                      (*Admitted Pro Hac Vice*)
                                                      Dylan D. Rudolph (CA SBN 278707)
                                                      (*Admitted Pro Hac Vice*)
                                                      TRUCKER ✦ HUSS
                                                      A Professional Corporation
                                                      135 Main Street, 9th Floor
                                                      San Francisco, California 94105
                                                      Telephone:  (415) 788-3111
                                                      Facsimile:  (415) 421-2017
                                                      Email:      ckang@truckerhuss.com
                                                                  drudolph@truckerhuss.com

                                                      Terrance J. Wagener (No. 213676)
                                                      Molly Hamilton Crawley (No. 0349781)
                                                      MESSERLI KRAMER
                                                      1400 Fifth Street Towers
                                                      100 South Fifth Street
                                                      Minneapolis, MN 55402-1217
                                                      Telephone:  (612) 672-3600
                                                      Email: twagener@messerlikramer.com
                                                             mhamilton@messerlikramer.com

                                                      *Attorneys for Defendant Cisco Systems, Inc.*

DATED:  March 22, 2023                                Respectfully submitted,

                                                      By: /s/ *Joyce Trudeau (with consent)*

                                                      Joyce Trudeau (MN Bar # 0398607)
                                                      Zach Schmoll (MN Bar # 0396093)
                                                      FIELDS LAW FIRM
                                                      9999Wayzata Blvd.
                                                      Minnetonka, MN 55305
                                                      Telephone:  (612) 370-1511
                                                      Joyce@Fieldslaw.com
                                                      Zach@Fieldslaw.com

                                                      *Attorneys for Plaintiff April Nance*