# FIELDS LAW FIRM

JOYCE TRUDEAU
ATTORNEY
DIRECT 612-383-1163
1-888-847-8517 EXT. 163
JOYCE@FIELDSDISABILITY.COM

June 1, 2023

## NOTICE OF SETTLEMENT

Magistrate Judge Douglas L. Micko
District of Minnesota
316N. Robert Street  Room 6B
S. Paul, MN  55101

RE:     *April Nance v. Cisco Systems, Inc*
        Court File No: 0:22-cv-3096

Dear Magistrate Judge Micko:

Please be advised that Plaintiff April Nance and Cisco Systems, Inc. have settled the claims between these two parties. The parties are in the process of exchanging settlement documents and the appropriate dismissal documents will be filed shortly. Please note that Defendant Metropolitan Life Insurance Company still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully submitted,

FIELDS LAW OFFICE

*/s/ Joyce Trudeau*

Joyce Trudeau
612-383-1163
Joyce@fieldslaw.com


cc: All Counsel (Via ECF)