**UNITED STATES OF DISTRICT COURT**
**DISTRICT COURT OF MINNESOTA**

---

April Nance,

                Plaintiff,

v.

Cisco Systems, Inc,

                Defendant.

File No. 0:22-cv-3096-WMW-DLM

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and among Plaintiff April Nance ("Plaintiff") and Defendant Cisco Systems, Inc., ("Cisco") **ONLY**, by and through their undersigned attorneys, that all claims by Plaintiff against Cisco **ONLY** shall be dismissed with prejudice, on the merits and in their entirety and without an award of costs, disbursements and attorney's fees to either Plaintiff or Cisco. Plaintiff and Cisco will each bear their own attorneys' fees and costs.


Dated: ___July 5, 2023_____

    _/s/ Joyce Trudeau_____
    Joyce Trudeau #0398607
    Zach Schmoll # 0396093
    Attorneys for Plaintiff
    Fields Law Firm
    9999 Wayzata Blvd
    Minnetonka, MN 55305
    Telephone: (612) 370-1511
    Joyce@Fieldslaw.com
    Zach@Fieldslaw.com

Dated:    July 5, 2023                                   /s/ Dylan Rudolph (with consent)

Clarissa A. Kang (CA SBN 210660)
(*Admitted Pro Hac Vice*)
Dylan D. Rudolph (CA SBN 278707)
(*Admitted Pro Hac Vice*)
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 788-3111
Facsimile:(415) 421-2017
Email: ckang@truckerhuss.com
          drudolph@truckerhuss.com

Terrance J. Wagener (No. 213676)
Molly Hamilton Crawley (No. 0349781)
MESSERLI KRAMER
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402-1217
Telephone: (612) 672-3600
Email: twagener@messerlikramer.com
          mhamilton@messerlikramer.com

*Attorneys for Defendant Cisco Systems, Inc.*