UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| April Nance,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Cisco Systems, Inc,<br><br>　　　　Defendant. | Civil Case No: 0:22-cv-3096-WMW-DLM<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the STIPULATION FOR DISMISSAL WITH PREJUDICE filed by Plaintiff April Nance ("Plaintiff") and Defendant Cisco Systems, Inc. ("Cisco"), this Court hereby orders that all of Plaintiff's claims in her First Amended Complaint (Dkt. 10) against Cisco **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Cisco.  Plaintiff and Cisco will each bear their own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated:_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Wilhelmina Wright
　　　　　　　　　　　　　　　　　　　　Judge of United States District Court