UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| April Nance, | Case No. 22-cv-3096 (WMW/DLM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Metropolitan Life Insurance Company and Cisco Systems, Inc., | |
| Defendants. | |

---

Based upon the stipulation for dismissal with prejudice of Defendant Cisco Systems, Inc., (Dkt. 33), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant Cisco Systems, Inc., is **DISMISSED WITH PREJUDICE** and with each party to bear its own costs, disbursements and attorneys' fees incurred in this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 11, 2023

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge